WEINER LAW GROUP, LLC.
JASON G. WEINER, ESQ.
Nevada Bar No. 7555
2820 W. Charleston Blvd., #35
Las Vegas, Nevada 89102
Phone: (702) 202-0500
Fax: (702) 202-4999
Attorneys for Plaintiff
JOSHUA PORTER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| JOSHUA PORTER, | CASE NO. 2:16-cv-00633-APG-CWH |
|---|---|
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, DOES I through X, and ROE ENTITIES I through X, | |
| Defendants. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Due to the State and Federal declarations of emergency counsel's ability to timely respond has been tremendously impacted. Compliance with the recommended guidance concerning social distancing, working from home, and the technical issues this creates in reference to completing required tasks.

2. The parties agree to the extension.

3. The additional time requested herein is not sought for purposes of delay, but due to the present unprecedented circumstances resulting from the declarations of Emergency and the disruption thereby created.

## CONCLUSIONS OF LAW

The ends of justice being served by granting said extension of time due to the present state of emergency and the ensuing issues thereby created as well as the Court's authority to extend the time to respond pursuant to Fed. R. Civ. P. Rule 6(b)(1).

## ORDER

IT IS THEREFORE ORDERED that the time to respond the United States Motion for Summary Judgment be extended by a period of thirty (30) days.

Dated: April 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

**WEINER LAW GROUP, LLC.**

 */s/Jason G. Weiner, Esq.*
Jason G. Weiner, Esq.
Nevada Bar No. 7555
2820 W. Charleston Blvd., #35
Las Vegas, NV 89102
Attorney for Plaintiff