NICHOLAS A. TRUTANICH
United States Attorney
BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Brianna.Smith@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, DOES I through X, and ROE ENTITIES I through X,<br><br>　　　　Defendants. | Case No. 2:16-cv-00633-APG-CWH<br><br>**Stipulation to Extend Deadline to File Defendant's Reply to Motion for Summary Judgment Deadline**<br><br>**ORDER** |

Plaintiff Joshua Porter and Defendant United States of America, through its counsel, hereby stipulate and agree to extend the deadline to file its reply in support of its motion for summary judgment (ECF No. 53), to June 18, 2020. Defendant seeks this additional time due to an influx of filings and the need for additional time to prepare and file its reply. Thus, this stipulation is sought in good faith and not for purpose of delay.

Respectfully submitted this <u>11th</u> day of May, 2020.

| WEINER LAW GROUP, LLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
|　*/s/ Jason Weiner*　　　　　　　　<br>JASON WEINER, Esq.<br>2820 W. Charleston Blvd., Ste. 35<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiff* | 　*/s/ Brianna Smith*　　　　　　　　<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRIC COURT JUDGE

DATED: 5/11/2020